372 A.2d 1200

**OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,**

v.

**Joseph W. ATKINSON.**

Supreme Court of Pennsylvania.

Argued April 19, 1977.

Decided May 17, 1977.

Daniel Sherman, Philadelphia, for Atkinson.

Allen B. Zerfoss, Chief Disciplinary Counsel, Harrisburg, John W. Herron, Asst. Disciplinary Counsel, Philadelphia, Samuel D. Miller, III, Asst. Disciplinary Counsel, Norristown, for the Board.

Before EAGEN, C. J., and O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM:

Petition for Reconsideration denied.

ROBERTS, J., did not participate in the consideration or decision of this petition.